UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

RACHEL GUIMOND,                          )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )        1:10-cv-00037-JAW
                                         )
SOCIAL SECURITY ADMINISTRATION           )
COMMISSIONER,                            )
                                         )
              Defendant.                 )


**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**


       The United States Magistrate Judge filed with the Court on January

27, 2011 her Amended Recommended Decision (Docket # 20). The Defendant

filed its objections to the Amended Recommended Decision on February 14,

2011 (Docket # 21) and the Plaintiff filed her response to those objections on

March 3, 2011 (Docket # 22). I have reviewed and considered the Magistrate

Judge's Amended Recommended Decision, together with the entire record; I

have made a de novo determination of all matters adjudicated by the

Magistrate Judge's Amended Recommended Decision; and I concur with the

recommendations of the United States Magistrate Judge for the reasons set

forth in her Amended Recommended Decision, and determine that no further

proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Amended Recommended Decision of the  Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision is <u>VACATED</u> and the case <u>REMANDED</u> for further proceedings.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 8th day of March, 2011